# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEVANURE ZIMMERMAN,** | ) |
| **Plaintiff** | ) |
| vs. | ) Case No. 2:08-cv-00633-VEH-HGD |
| **R. JOEL LAIRD, JR., et al.,** | ) |
| **Defendants** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation, Doc. #6, on August 12, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) because this lawsuit was filed against people who are immune from suits for money damages. The plaintiff filed objections to the report and recommendation on August 21, 2008.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections, Doc. #7, thereto, the Court is of the opinion that the Magistrate Judge's Report and Recommendation is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**, except that all references to "Tom Hooks" should have been to "Ted Hooks".

Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

A Final Judgment will be entered.

    **DONE** this the 18th day of September, 2008.

                                                    **VIRGINIA EMERSON HOPKINS**
                                                    United States District Judge